IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00268-RJC-DSC
3:21-CR-00270-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMONTEZ MAURICE REID | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release, (Case No. 3:16-cr-00268, Doc. No. 83), following his request for relief from the warden of his institution.[1]

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within thirty (30) days of the entry of this Order.

Signed: August 8, 2023

Robert J. Conrad, Jr.
United States District Judge

---

[1] Although the defendant filed the motion in Case No. 3:16-cr-268, involving a revocation sentence, he references a consecutive sentence in Case No. 3:21-cr-270.